No. 99–5086. GARNETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5087. ESTEP v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 99–5088. HOYOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–5089. HOLLOMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5090. DORSEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–5091. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5093. HURON v. DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–5094. SETTLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5095. PUGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5096. GREEN ET AL. v. CARVER STATE BANK ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5097. GREEN ET AL. v. CARVER STATE BANK ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5099. HINES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5100. KUPLEN v. HARDY ET AL. Ct. App. N. C. Certiorari denied.

No. 99–5102. THORNSBURY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5103. KINNEY v. BANKERS TRUST CO. App. Ct. Conn. Certiorari denied.